UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD J. MACKENZIE JR. )<br>Defendant, )<br>)<br>*and* )<br>)<br>REES LITERARY AGENCY )<br>Garnishee. ) | COURT NO. 1:13-CR-10149-001-FDS |

**WRIT OF CONTINUING GARNISHMENT**

GREETINGS TO:   Rees Literary Agency
c/o Lorin Rees
Boston, MA

The United States of America believes that you disburse royalties to the Defendant, Edward J. MacKenzie Jr. (hereinafter "MacKenzie") and that he/she has a substantial nonexempt interest in such royalties.

On March 6, 2015, judgment was entered in the United States District Court for the District of Massachusetts against MacKenzie, last known address in Fort Dix, NJ, who is indebted for the judgment amount of $755,869.74, plus accrued interest at the rate of .25 percent per annum. The current total balance is $754,737.30.

Pursuant to 28 U.S.C. § 3205(c), you must state under oath in your written answer to this Writ whether you have in your custody, control, or possession any property owned by MacKenzie, including disposable income, and, if so, you must describe such property and the value of such interest. You must then describe any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt. You must also

state the amount of debt, if any, you anticipate owing to MacKenzie in the future and the type of payment schedule.

You must withhold and retain any property MacKenzie has a substantial nonexempt interest and for which you are or may become indebted to MacKenzie pending further order of the Court. Property that is exempt from this Writ is listed on the attached Claim for Exemption.

You must file, within ten (10) days of service of this Writ, your original written answer to this Writ with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must also serve a copy of your answer to this Writ upon both MacKenzie, located in Fort Dix, NJ and Christopher R. Donato, Assistant U.S. Attorney, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer this Writ and to so withhold property before the appearance date. If you fail to appear, or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of MacKenzie's nonexempt property. It is illegal to pay or deliver to MacKenzie any item attached by this Writ.

Robert M. Farrell
Clerk, United States District Court

By: _____
Deputy Clerk Lisa Pezzarossi

Dated: 8/17/2015