

# Memorandum

**To:** The Honorable F. Dennis Saylor, IV, Chief U.S. District Judge

**From:** Julianne Robinson, U.S. Probation Officer

**Date:** December 5, 2022

**Re:** Edward MacKenzie Docket No.: 1:13CR10149
Restitution Order/Payment Schedule Policy

---

This memorandum serves as notification of a restitution payment schedule agreed up on by the Probation Office in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, this making a reasonable payment schedule set by the Court. The schedule is based upon the person under supervision's ability to pay at the time it is formulated. Periodic reviews of the person under supervision's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be advised.

At the present time, the agreement is as follows:

> Mr. MacKenzie has agreed to pay his court-ordered restitution of $754,569.74. Mr. MacKenzie is currently enrolled in the Treasury Offset Program (TOP), which will offset Mr. MacKenzie's monthly Social Security Income. After conducting a financial assessment of Mr. MacKenzie's income and expenses, with the TOP payments included, Mr. MacKenzie has very little to pay his personal expenses. As such, the Probation Office is hereby requesting that additional court ordered payments be suspended at this time.

If Your Honor concurs with this payment schedule, please advise by signing below.

Respectfully Submitted,
*/s/ Julianne Robinson*
Julianne Robinson
U.S. Probation Officer


Reviewed & Approved by:
*/s/ Gina Affsa*
Gina Affsa
Supervisory U.S. Probation Officer

1

**Court's Response:**

[X] The above proposal is approved

[ ] The above proposal is denied

[ ] Other:_____

*signature*

The Honorable F. Dennis Saylor, IV
Chief U.S. District Judge

12-6-2022
Date